UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID BEAULIEU, # 304049                                    CIVIL ACTION

VERSUS                                                      NO. 00-0249

JAMES M. LEBLANC WARDEN, ET AL                              SECTION SECT. N MAG. 6

ORDER

Considering the application and affidavit to proceed in forma pauperis,

**IT IS ORDERED** that:

☐ the motion is GRANTED; the party is entitled to proceed in forma pauperis.

☐ the motion is MOOT; the party was previously granted pauper status.

☑ the motion is DENIED; the party has sufficient funds to pay the $5.00 filing fee.

☐ the motion is DENIED as MOOT; the filing fee has already been paid.

☐ the motion is DENIED; the party is not entitled to proceed in forma pauperis for the listed reasons:

_____

New Orleans, Louisiana, this 31st day of January, 2000.

                                    _____
                                    UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY  FEB 2 2000