FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 MAR 30 P 3: 29

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID BEAULIEU, #304049** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0249** |
| **JAMES M. LEBLANC WARDEN, ET AL** | **SECTION "N"(6)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR FIRST EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. Undersigned counsel requested the state court record relevant to the above captioned matter from the clerk's office on March 1, 2000, but has not yet received the record for Case No. 378-852 "B" (See attached request).

2. Respondent respectfully requests an extension of twenty (20) days within which to file a response.

3. Respondent is unaware of any opposition to this motion for extension of time.

**WHEREFORE,** respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the _____ day of _____, 2000 in which to file a brief.

DATE OF ENTRY

MAR 3 1 2000

1

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

Respectfully submitted,

*[signature]*

JANE BEEBE, BAR NO. 23642
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## ORDER

**IT IS ORDERED** that respondent herein be granted an extension until the 21st day of April, 2000 in which to file a response in the above-captioned matter.

*[signature]*

UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 30th day of March, 2000
New Orleans, Louisiana.