FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
2000 APR 20

LORETTA...
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID BEAULIEU, #304049** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0249** |
| **JAMES M. LEBLANC WARDEN, ET AL** | **SECTION "N"(6)** |

\* \* \* \* \* \* \* \* \*

## MOTION FOR SECOND EXTENSION OF TIME

\* \* \* \* \* \* \* \* \*

**NOW INTO COURT**, comes the State of Louisiana, through the undersigned Assistant District Attorney, who respectfully requests an extension of time in which to file a brief for the following reasons:

1. The Clerk of Criminal District Court has not yet been able to provide a duplicate of petitioner's state court record. Undersigned counsel has met with the Records Supervisor for Criminal District Court and has been informed that personnel shortages in the Clerk's Office have impacted the ability to locate and reproduce records for submission to this court, as well as the Louisiana Fourth Circuit Court of Appeal. Undersigned counsel has been assured that every effort is being made to comply with requests for records in as efficient a manner as possible.

2. Respondent respectfully requests an extension of twenty (20) days within which to file a response.

3. Respondent is unaware of any opposition to this motion for extension of time.

DATE OF ENTRY
APR 2 5 2000

1

**WHEREFORE,** respondent respectfully requests an additional twenty (20) days from the original return date to this Court, until the 10 day of MAY, 2000 in which to file a brief.

Respectfully submitted,

_Val M. Solino_
VAL M. SOLINO, BAR NO. 1610
ASSISTANT DISTRICT ATTORNEY
619 South White Street
New Orleans, LA 70119
Telephone: (504) 822-2414

## **O R D E R**

**IT IS ORDERED** that respondent herein be granted an extension until the 10th day of MAY, 2000 in which to file a response in the above-captioned matter.

_Louis Moore_
UNITED STATES MAGISTRATE JUDGE
United States District Court
Eastern District of Louisiana

This 24th day of April, 2000
New Orleans, Louisiana.

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion for Extension of Time has been served upon petitioner by placing a copy of same in the United States mail, postage prepaid, addressed to:

Davis Beaulieu #304409
DCI Dorm 2 Unit 2
P.O. Box 788
Jackson, LA  70748

_____
VAL M. SOLINO
ASSISTANT DISTRICT ATTORNEY