

**MINUTE ENTRY**
**MOORE, M.J.**
**May 18, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID BEAULIEU** | * | CIVIL ACTION |
| **VERSUS** | * | NO: 00-0249 |
| **JAMES M. LEBLANC, WARDEN** | * | SECTION: "N"(6) |

      Before the court is Respondent, State of Louisiana's Answer to and Motion to Dismiss Habeas Petition as Time Barred.

      The court will take the motion to dismiss on the pleadings filed. Accordingly, the hearing set for **WEDNESDAY, MAY 31, 2000, AT 11:00 a.m. is CANCELED**.

LOUIS MOORE, JR.
United States Magistrate Judge

DATE OF ENTRY
MAY 1 9 2000