

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID BEAULIEU | * | CIVIL ACTION |
| VERSUS | * | NO: 00-0249 |
| JAMES M. LEBLANC, WARDEN, ET AL | * | SECTION: "N"(6) |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that Respondent, Warden James M. LeBlanc's motion to dismiss be **GRANTED**.

**IT IS FURTHER ORDERED** that petitioner's application for writ of <u>habeas corpus</u> is **DENIED** as untimely.

New Orleans, Louisiana, this ___30___ day of ___June___, 2000.

DATE OF ENTRY
JUN 3 0 2000

_____
UNITED STATES DISTRICT JUDGE