U.S. FILED
EASTERN DISTRICT COURT
OF LA
2000 JUN 30 P 1:34
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DAVID BEAULIEU                                    CIVIL ACTION

VERSUS                                            NO. 00-249

JAMES M. LEBLANC, WARDEN, ET AL                   SECTION "N"(6)

### J U D G M E N T

The Court, having approved the Report and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

IT IS ORDERED, ADJUDGED AND DECREED that the petition of David Beaulieu for issuance of a writ of <u>habeas</u> <u>corpus</u> is DENIED as untimely.

IT IS FURTHER ORDERED that Warden James M. LeBlanc's Motion to Dismiss is GRANTED.

Dated at New Orleans, Louisiana, this 30 day of June, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUN 3 0 2000

Fee_____
Process_____
X Dktd_____
CtRmDep_____
Doc. No.____